UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE K. WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>GAVIN NEWSOME,<br><br>        Defendant. | No. 2:21-cv-0019 CKD P<br><br><br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. In the complaint, plaintiff alleges violations of federal rights occurring in Madera County. Madera County lies within the geographical area covered by the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

/////

/////

1

1     2. All future filings shall reference the new Fresno case number assigned and shall be
2 filed at:
3               United States District Court
               Eastern District of California
4               2500 Tulare Street
               Fresno, CA 93721

6 Dated: May 24, 2021

                                          */s/ Carolyn K. Delaney*
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

10 1
wash0019.22